IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCISCO SERRANO, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-12-2467 |
| v. | (JUDGE CAPUTO) |
| ERIKA FENSTERMAKER, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 24th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 6) is **ADOPTED**.

(2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

(3) The claims against individual Defendant Erika Fenstermaker are **DISMISSED with prejudice**.

(4) Plaintiff may **PROCEED** with his action against Defendant United States of America.

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge